UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Paul Arthur Johnson # 212950

Case No. 15-mc-80215-JD

**ORDER OF SUSPENSION**

Because Paul Arthur Johnson has failed to respond to the Order to Show Cause, Mr. Johnson's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: September 23, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Paul Arthur Johnson #212950 | Case No.  15-mc-80215-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/23/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Arthur Johnson
445 S. Figueroa Street
Suite 3100
Los Angeles, CA 90071

Dated: 9/23/2015

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk to the
Honorable  James Donato

2